UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CODY AUCOIN | CIVIL ACTION NO. 6:24-CV-01261 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| C L H G - ACADIAN L L C ET AL | MAGISTRATE JUDGE DAVID J. AYO |

## **ORDER**

Now before this Court is a MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND LACK OF SUBJECT MATTER JURISDICTION (Rec. Doc. 19) filed by Defendants CLHG-Acadian, LLC d/b/a Acadian Medical Center and A. Smith, RN. Plaintiff Cody Aucoin opposes the motion and incorporates what the Court construes as a motion for leave to amend the complaint. (Rec. Doc. 11 at Conclusion). Although this Court questions the efficacy of presenting a motion for leave to amend in such a manner,[1] Plaintiffs' motion is hereby GRANTED out of an abundance of caution.

In keeping with the prevailing procedure in this and a majority of courts of appeal and district courts, Defendants' motion (Rec. Doc. 19) is, accordingly, MOOT. *See*, *e.g.*, *Beroid v. LaFleur*, 2022 WL 396165 (W.D. La. Jan. 24, 2022), adopted by 2022 WL 393630 (W.D. La. Feb. 8, 2022); *Deshotel v. PayPal, Inc.*, 2019 WL 4010992 (W.D. La. Aug. 22, 2019); *Probado Techs. Corp. v. Smartnet, Inc.*, 2010 WL 918573, *1 (S.D. Tex. Mar. 12, 2010). It is further

ORDERED that Plaintiff may file his amended complaint on or before April

---

[1] This Court notes that motions for leave to file an amended complaint must be accompanied by the proposed amended pleading. Local Rule 7.6.

23, 2025.

It is finally

ORDERED that Defendants may renew their motion, if appropriate, after the filing of any amended complaint by Plaintiff. Defendant may adopt the arguments contained in the first motion by reference and may supplement such arguments, if appropriate. Should Defendant file such renewed motion to dismiss, Plaintiff shall file any desired opposition within FOURTEEN DAYS of such filing. Defendant may file any desired reply within TEN DAYS of the filing of any opposition by Plaintiff.

Signed at Lafayette, Louisiana on this 9th day of April, 2025.

_____
DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE