**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **CODY AUCOIN** | **CIVIL DOCKET NO.  6:24-CV-01261** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CLHG – ACADIAN, LLC, ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation.  After an independent review of the record and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation [Doc. 20] is correct and adopts the findings and conclusions therein as its own.

Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND LACK OF SUBJECT MATTER JURISDICTION [Doc. 15]  be GRANTED, that Aucoin's federal claim under the Computer Fraud and Abuse Act, (CFAA) 18 U.S.C. § 1030, be DISMISSED WITH PREJUDICE, and that Aucoin's state law claims be DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1367(c)(3).

THUS, DONE AND SIGNED in chambers on this 26th day of March 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE